[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  14-10278
Non-Argument Calendar
_____

D.C. No. 3:10-cr-00276-MMH-JBT-4


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JONATHAN DAVID HART,

Defendant-Appellant.


_____

Appeals from the United States District Court
for the Middle District of Florida
_____
(September 16, 2014)

Before WILSON, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Valarie Linnen, appointed counsel for Jonathan David Hart in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hart's convictions and sentences are **AFFIRMED**.